# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGANDEEP MARWAHA,<br><br>Petitioner,<br><br>v.<br><br>KEVIN McALEENAN, Acting Secretary of Homeland Security, et al.,<br><br>Respondents. | Case No. 5:18-cv-02561-MWF (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) denying Petitioner's request for an evidentiary hearing; (2) denying the Petition for Writ of Habeas Corpus; and (3) dismissing the action without prejudice.

DATED: August 14, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE