JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGANDEEP MARWAHA,<br><br>　　　　　Petitioner,<br>　　v.<br><br>KEVIN McALEENAN, Acting Secretary of Homeland Security, et al.,<br><br>　　　　　Respondents. | Case No. 5:18-cv-02561-MWF (AFM)<br><br>**JUDGMENT** |

　　　This matter came before the Court on the Petition of GAGANDEEP MARWAHA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 14, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE